| | |
|---|---|
| 1 | Judy McCann, SBN 114297 |
| 2 | Attorney at Law<br>940 Litchfield Avenue<br>Sebastopol, CA 95472 |
| 3 | Telephone: 707-824-1063<br>Facsimile: 707-823-7199 |
| 4 | judymccann@pacbell.net |
| 6 | Attorney for Plaintiff<br>DAVID C. SOLDATE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DAVID C. SOLDATE, | ) | Case Number C 07-0031 BZ |
| Plaintiff, | ) | |
| | ) | **STATUS REPORT; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~**PROPOSED**~~ **ORDER** |
| vs. | ) | |
| AGILENT TECHNOLOIGIES, INC., | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiff, DAVID C. SOLDATE, would like to inform the court that the parties in this case have agreed to a resolution and will need approximately four weeks to conclude the documentation of that resolution. Plaintiff then intends to dismiss this action.

Plaintiff has not served the complaint on the Defendant due to the parties efforts to resolve this matter. Defendant's counsel is aware of, and consents to, this Status Report and Request for Continuance, and will be served with a copy.

STATUS REPORT
CASE NO. 07-0031 BZ                                  1

1 **REQUEST FOR CONTINUANCE**

2 Plaintiff respectfully requests this court grant a continuance of the Case Management
3 Conference now set for Monday April 9, 2007 to continue to Monday May 14, 2007 to allow
4 time for the resolution to become finalized.

5 Dated: April 5, 2007

_____
Judy McCann, Attorney for Plaintiff

8 **CASE MANAGEMENT CONFERENCE CONTINUANCE ORDER**

9 Plaintiff's request for a continuance of the Case Management Conference is hereby
10 granted. The Case Management Conference is re-set for ~~May 16, 2007~~ May 14, 2007 in Ctrm G, 15th Floor, SF
11 at 4:00 PM.

12 Dated: April 6, 2007

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

STATUS REPORT
CASE NO. 07-0031 BZ                    2