JUDY McCANN, SBN 114297
Attorney at Law
940 Litchfield Avenue
Sebastopol, California 95472
Telephone: 707/824-1063
Facsimile: 707/823-7199
judymccann@pacbell.net

Attorney for Plaintiff
DAVID C. SOLDATE

UNITED STATES DISTRUCT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. SOLDATE, <br><br> Plaintiffs, <br><br> vs. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant. | Case No. C 07 0031 BZ <br><br> STATUS REPORT; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER |

**STATUS REPORT**

Plaintiff, DAVID C. SOLDATE, informs the court that the parties have agreed to a resolution of this case, but will need approximately four more weeks to conclude the documentation of that resolution. The parties have been delayed in producing the fully executed release document and believe this may be completed within the next two weeks. Plaintiff intends to dismiss this action after all parties sign the release document.

Plaintiff has not served the complaint on Defendant due to the effort to resolve this matter. Defendant's counsel has been consulted on, and consents to, this Status Report and Request for Continuance. Plaintiff will serve Defendant with a copy of this document.

1

STATUS REPORT; PROPOSED ORDER
CASE NO. 07-0031 BZ

## REQUEST FOR CONTINUANCE

Plaintiff respectfully requests this court grant a continuance of the Case Management Conference now set for Monday, May 14, 2007 to continue to June 18, 2007 to allow for the resolution of this case to be finalized.

Dated: May 10. 2007

_____
Judy McCann. Attorney for Plaintiff

## CASE MANAGEMENT CONFERENCE CONTINUANCE ORDER

The request for a continuance of the Case Management Conference is hereby granted. The Case Management Conference is re-set for June 18, 2007 in Ctrm G. 15th Floor, SF at 4:00 PM.

Dated: 10 May 07

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

2

STATUS REPORT; PROPOSED ORDER
CASE NO. 07-0031 BZ